THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Laurie Ann
 Dickerson, Appellant.
 
 
 

Appeal from York County
 Edward W. Miller, Circuit Court Judge
Unpublished Opinion No.  2008-UP-162
Submitted March 3, 2008  Filed March 12,
 2008
APPEAL DISMISSED

 
 
 
 Chief Attorney Joseph L. Savitz, III, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott,
 Office of the Attorney General, of Columbia; and Solicitor Kevin Scott Brackett,
 of York, for Respondent.
 
 
 

PER CURIAM: 
 Laurie Ann Dickerson appeals her guilty pleas for resisting service of process and trafficking crack
 cocaine.  The trial court sentenced
 her to seven years confinement on the
 trafficking charge and one year for resisting service of process.  Dickerson
 claims the trial court erred in accepting her guilty plea as to the resisting
 service of process charge because there was no factual basis for the charge.  After a thorough review of the record
 and counsels brief pursuant to Anders v. California, 386 U.S. 738
 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we
 dismiss Dickersons appeal and grant counsels motion to be relieved.[1]
APPEAL
 DISMISSED.
ANDERSON, SHORT and THOMAS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.